IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA ALFARO,

    Plaintiff,                    No. 2:12-cv-2293-JAM-EFB PS

    vs.

VITAL RECORDS,

    Defendant.                  ORDER
_____/

        On September 11, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The proposed Findings and Recommendations filed September 11, 2012, are ADOPTED.

        2. Plaintiff's application to proceed *in forma pauperis* is denied.

        3. Plaintiff is granted thirty days in which to pay the filing fee of $350.

1  　　　　4. Plaintiff is admonished that failure to timely pay the filing fee will result in a
2  recommendation by the magistrate judge that this action be dismissed.
3  DATED: October 10, 2012
4
5  　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26